**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Alphatec Corp** | |

| | | |
|---|---|---|
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | Debtor's federal Employer Identification Number (EIN) | **83-0675297** |

4. Debtor's address

**Principal place of business**

**12355 SW 129th Court
Suite 16
Miami, FL 33186**
Number, Street, City, State & ZIP Code

**Miami-Dade**
County

**Mailing address, if different from principal place of business**

**P.O. Box 971413
Miami, FL 33197**
P.O. Box, Number, Street, City, State & ZIP Code

**Location of principal assets, if different from principal place of business**
**17941 SW 115 Avenue Miami, FL 33157**
Number, Street, City, State & ZIP Code

5. Debtor's website (URL)    **https://www.alphatec.us/**

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

| Debtor | **Alphatec Corp** | | Case number (*if known*) | |
|---|---|---|---|---|
| | Name | | | |

**7.** **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply*:

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**    ■ No.
☐ Yes.

If more than 2 cases, attach a separate list.

| | District | When | Case number |
|---|---|---|---|
| | District | When | Case number |

Debtor    **Alphatec Corp**
Name                                                                          Case number (*if known*)

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____    Relationship _____
District _____ When _____    Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                            Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.    Insurance agency _____
          Contact name _____
          Phone _____

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor    **Alphatec Corp**
_____
Name

Case number (*if known*) _____

☐ $50,001 - $100,000        ☐ $10,000,001 - $50  million        ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million        ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million      ☐ $100,000,001 - $500 million       ☐ More than $50 billion

| Debtor | **Alphatec Corp** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 20, 2023**
MM / DD / YYYY

X  **/s/ Marcos Del Cristo**                          **Marcos Del Cristo**
Signature of authorized representative of debtor        Printed name

Title    **Chief Financial Officer**

---

**18. Signature of attorney**

X  **/s/ Timothy S. Kingcade**                    Date **April 20, 2023**
Signature of attorney for debtor                        MM / DD / YYYY

**Timothy S. Kingcade 082309**
Printed name

**Kingcade, Garcia & McMaken, P.A.**
Firm name

**1370 Coral Way**
**Miami, FL 33145**
Number, Street, City, State & ZIP Code

Contact phone    **305-285-9100**        Email address    **scanner@miamibankruptcy.com**

**082309 FL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name    **Alphatec Corp**

United States Bankruptcy Court for the:    SOUTHERN DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☐   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☐   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☐   *Schedule H: Codebtors* (Official Form 206H)
☐   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐   Amended *Schedule* _____
☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐   Other document that requires a declaration   _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    __April 20, 2023__     X **/s/ Marcos Del Cristo**
                                                 Signature of individual signing on behalf of debtor

                                                 **Marcos Del Cristo**
                                                 Printed name

                                                 **Chief Financial Officer**
                                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name   **Alphatec Corp**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an
   amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*..................................................................................   $ _____ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................   $ _____ 570,415.08

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*..................................................................................   $ _____ 570,415.08

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $ _____ 150,002.00

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*..........................................................   $ _____ 94,332.67

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................   +$ _____ 3,750,566.08

4.   **Total liabilities** ................................................................................................................................
   Lines 2 + 3a + 3b                                                                                                                          $   3,994,900.75

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name **Alphatec Corp**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property   12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Chase** Account has a negative balance | **Checking** | 6288 | $0.00 |
| 3.2. | **Bank of America** Account has a negative balance | **Checking** | 8987 | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.      $0.00

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

Debtor    **Alphatec Corp**                                                Case number *(If known)* _____
       Name

| 11b. Over 90 days old: | 568,215.08 | - | 0.00 | =.... | $568,215.08 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $568,215.08 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** | | | |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** Desktop Computer and Monitor | $200.00 | Liquidation | $200.00 |

| 42. | **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | |
|---|---|---|---|

| 43. | **Total of Part 7.** | | $200.00 |
|---|---|---|---|
| | Add lines 39 through 42.  Copy the total to line 86. | | |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor **Alphatec Corp**
Name

Case number *(If known)*

---

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2006 International Series 4300 Conventional Cab VIN: 1HTMMAAN66H262799** | $2,000.00 | Liquidation | $2,000.00 |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

**51.** **Total of Part 8.**
Add lines 47 through 50. Copy the total to line 87.

| $2,000.00 |
| --- |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
■ No
☐ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
| --- | --- |

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
| --- | --- |

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| **61.** **Internet domain names and websites**<br>**https://www.alphatec.us/**<br>**No value** | $0.00 | | $0.00 |

Debtor      **Alphatec Corp**                                          Case number *(If known)* _____
            Name

| | | | |
|---|---|---|---|
| 62. | **Licenses, franchises, and royalties**<br>**Construction License**<br>**Lic # CGC1514356**<br>**Held by Bruno Torres**<br>**No value** | $0.00 | $0.00 |
| | **Electrical Contractor's License**<br>**Lic # EC13008516**<br>**Held by Vicente Porfirio Monteagudo**<br>**No value** | $0.00 | $0.00 |

63.      **Customer lists, mailing lists, or other compilations**

64.      **Other intangibles, or intellectual property**

65.      **Goodwill**

66.      **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| $0.00 |
|---|

67.      **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

■ No
☐ Yes

68.      **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

■ No
☐ Yes

69.      **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 11:     All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

Current value of
debtor's interest

71.      **Notes receivable**
Description (include name of obligor)

72.      **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.      **Interests in insurance policies or annuities**

74.      **Causes of action against third parties (whether or not a lawsuit**
**has been filed)**

Debtor    **Alphatec Corp**
_____    Case number *(If known)* _____
Name

**Debtor's principals hired an attorney for a breach of contract claim where $660,000 was owed to Alphatec. No claim or lawsuit filed by the attorney.**

**Michael Kurzman, Esq.**
**Weisss Serota Helfman Cole and Bierman, P.L.**
**2800 Ponce de Leon Blvd.**
**Suite 1200**
**Coral Gables, FL 33134**                                                          **$0.00**

| Nature of claim | Breach of Contract |
|---|---|
| Amount requested | **$660,000.00** |

---

| 75. | Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims | |
|---|---|---|
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.** Add lines 71 through 77. Copy the total to line 90. | **$0.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **Alphatec Corp**                                        Case number *(If known)* _____
        Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $568,215.08 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $200.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,000.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* .................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $570,415.08 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $570,415.08 |

**Fill in this information to identify the case:**

Debtor name **Alphatec Corp**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:** **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

### 2.1 Crestron Electronics, Inc.

Creditor's Name

**15 Volvo Drive**
**Northvale, NJ 07647**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5297**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Negotiable instruments, chattel paper, general intangibles, computer equipment, inventory**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Amount of claim: **$1.00**
Value of collateral: **$0.00**

### 2.2 Great American Insurance Company

Creditor's Name

**301 E. 4th Street**
**15th Floor**
**Cincinnati, OH 45202**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5297**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Inventory, chattel paper, general intangibles, accounts receivable**

**Describe the lien**
**UCC Lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Amount of claim: **$1.00**
Value of collateral: **$0.00**

Official Form 206D      **Schedule D: Creditors Who Have Claims Secured by Property**      page 1 of 2

Debtor   **Alphatec Corp**
_____   Case number (if known) _____
         Name

☑ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.
_____

☐ Contingent
☐ Unliquidated
☑ Disputed

---

| 2.3 | **U.S. Small Business Administration** | | |
|---|---|---|---|

Creditor's Name

**2 North Street
Suite 320
Birmingham, AL 35203**

Creditor's mailing address

_____

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number
5297**

**Do multiple creditors have an
interest in the same property?**

☑ No
☐ Yes. Specify each creditor,
   including this creditor and its relative
   priority.

**Describe debtor's property that is subject to a lien**          $150,000.00          $0.00
**EIDL Business Loan**
_____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.          $150,002.00

---

**Part 2:**   **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
|  |  |  |

---

**Fill in this information to identify the case:**

Debtor name **Alphatec Corp**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Florida Department Of Revenue**<br>**5050 W Tennessee St**<br>**Tallahassee, FL 32399-0110** | $51,990.22 | $51,990.22 |

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **01/01/2022**

Last 4 digits of account number **5297**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim: **State Payroll Tax - 2022**

Is the claim subject to offset?
☑ No
☐ Yes

| 2.2 | Priority creditor's name and mailing address<br>**Florida Department Of Revenue**<br>**5050 W Tennessee St**<br>**Tallahassee, FL 32399-0110** | $42,342.45 | $0.00 |
|---|---|---|---|

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred **01/01/2021**

Last 4 digits of account number **5297**

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Basis for the claim: **State Payroll Tax - 2021**

Is the claim subject to offset?
☑ No
☐ Yes

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims**. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

Debtor   **Alphatec Corp**
_____   Case number (if known) _____
   Name

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Adrian Diaz De Villegas**
**3951 SW 145th Court**
**Miami, FL 33185**

Date(s) debt was incurred _
Last 4 digits of account number  **5297**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $472.46 |
|---|---|---|---|

**American Express Blue Business Cash**
**P.O.Box 6031**
**Carol Stream, IL 60197**

Date(s) debt was incurred _
Last 4 digits of account number  **1000**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Charge Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $963.94 |
|---|---|---|---|

**Angel Santana Vidal**
**1281 W. 29th Street**
**Unit # 14**
**Hialeah, FL 33012**

Date(s) debt was incurred _
Last 4 digits of account number  **5297**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,128.86 |
|---|---|---|---|

**Capital One Spark Business**
**P.O. Box 60519**
**City of Industry, CA 91716**

Date(s) debt was incurred _
Last 4 digits of account number  **9231**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Charge Account**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,223.07 |
|---|---|---|---|

**Capital One Spark Business**
**P.O. Box 60519**
**City of Industry, CA 91716**

Date(s) debt was incurred _
Last 4 digits of account number  **4434**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Charge Account**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,340.63 |
|---|---|---|---|

**Capital One Spark Business**
**P.O. Box 60519**
**City of Industry, CA 91716**

Date(s) debt was incurred _
Last 4 digits of account number  **1472**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Charge Account**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $32,275.22 |
|---|---|---|---|

**Capital One Spark Business**
**P.O. Box 60519**
**City of Industry, CA 91716**

Date(s) debt was incurred _
Last 4 digits of account number  **1384**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Business Charge Account**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Alphatec Corp**                                      Case number *(if known)* _____
          Name

| | |
|---|---|
| 3.8 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Chase Ulitmate Rewrds**
P.O. Box 15123
Wilmington, DE 19850

Date(s) debt was incurred _

Last 4 digits of account number  **7577**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Charge Account**

Is the claim subject to offset? ☐ No ☐ Yes

$1,038.00

---

**3.9** — **Nonpriority creditor's name and mailing address**
**City Electric Supply**
North Miami Division
14855 NE n20th Avenue
Miami, FL 33181

Date(s) debt was incurred _

Last 4 digits of account number  **5297**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ■ No ☐ Yes

$547,357.00

---

**3.10** — **Nonpriority creditor's name and mailing address**
**Etcheverry Harrison LLP**
150 S Pine Island Rd., Suite 105
Fort Lauderdale, FL 33324

Date(s) debt was incurred _

Last 4 digits of account number  **0DPG**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Attorney for Great American Insurance Company**

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.11** — **Nonpriority creditor's name and mailing address**
**Gexpro**
Credit Department
P.O. Box 766
Addison, TX 75001

Date(s) debt was incurred _

Last 4 digits of account number  **5297**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business debt**

Is the claim subject to offset? ☐ No ☐ Yes

$49,024.87

---

**3.12** — **Nonpriority creditor's name and mailing address**
**Great American Insurance Co**
301 E. Fourth St.
24th Floor
Cincinnati, OH 45202

Date(s) debt was incurred  **03/22/2023**

Last 4 digits of account number  **0DPG**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Civil Action for Equity and Damages under Contract Law**

Is the claim subject to offset? ☐ No ☐ Yes

$2,729,000.00

---

**3.13** — **Nonpriority creditor's name and mailing address**
**Jendiley Portales**
6740 SW 156th Court
Miami, FL 33193

Date(s) debt was incurred _

Last 4 digits of account number  **5297**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset? ■ No ☐ Yes

$775.62

---

**3.14** — **Nonpriority creditor's name and mailing address**
**Jose Flores Lopez**
1020 SE 9th Avenue
Hialeah, FL 33010

Date(s) debt was incurred _

Last 4 digits of account number  **5297**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Former employee**

Is the claim subject to offset? ■ No ☐ Yes

$839.50

---

Debtor  **Alphatec Corp**
_____
Name

Case number (if known) _____

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $608.00 |

**Manuel Rivera**
**10352 SW 212th Street**
**Unit # 205**
**Miami, FL 33189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee**

Last 4 digits of account number **5297**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $79,098.13 |

**Marcos Del Cristo**
**17941 SW 115 Avenue**
**Miami, FL 33157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Loan to business from shareholder**

Last 4 digits of account number **5297**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $678.86 |

**Mercky Alvarez**
**3325 NW 97th Street**
**Miami, FL 33147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee**

Last 4 digits of account number **5297**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $422.28 |

**Namesio Valera**
**420 Aladdin Street**
**Unit # 419**
**Opa Locka, FL 33054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee**

Last 4 digits of account number **5297**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $710.74 |

**Ramberto Gomez**
**511 SW 131st Terrace**
**Fort Lauderdale, FL 33325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee**

Last 4 digits of account number **5297**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769.90 |

**Rene Garcia**
**6320 SW 149th Court**
**Miami, FL 33193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee**

Last 4 digits of account number **5297**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $877.50 |

**Rolando Cabrera**
**330 Flagami Blvd.**
**Miami, FL 33144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** **Former employee**

Last 4 digits of account number **5297**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Alphatec Corp** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.22 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,109.50** |
|---|---|---|---|
| | **Weiss Serota Helfman Cole Bierman, P.L.** | ☐ Contingent | |
| | **2800 Ponce de Leon Blvd** | ☐ Unliquidated | |
| | **Suite 1200** | ☐ Disputed | |
| | **Miami, FL 33134** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Attorney Fees Owed__ | |
| | **Last 4 digits of account number** __5297__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.23 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$237,850.00** |
|---|---|---|---|
| | **WSA Systems** | ☐ Contingent | |
| | **2200 Park Central Blvd, N** | ☐ Unliquidated | |
| | **Ste 100** | ☐ Disputed | |
| | **Pompano Beach, FL 33064** | | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** __Business Debt__ | |
| | **Last 4 digits of account number** __5297__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1.00** |
|---|---|---|---|
| | **Yanet Martinez** | ☐ Contingent | |
| | | ☐ Unliquidated | |
| | | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | | |
| | **Last 4 digits of account number** __5297__ | **Basis for the claim:** __Former employee__ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

    If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 94,332.67 |
| 5b. Total claims from Part 2 | 5b. + | $ | 3,750,566.08 |
| | | | |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 3,844,898.75 |

| Fill in this information to identify the case: |
| --- |

Debtor name  **Alphatec Corp**

United States Bankruptcy Court for the:  SOUTHERN DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
| --- | --- |
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

| Fill in this information to identify the case: |
|---|

Debtor name   **Alphatec Corp**

United States Bankruptcy Court for the:   SOUTHERN DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the
Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of
   creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule
   on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Bruno Torres** | **2444 Fiddleleaf Avenue Pompano Beach, FL 33063** | **Chase Ulitmate Rewrds** | ☐ D _____ <br> ■ E/F __3.8__ <br> ☐ G _____ |
| 2.2 | **Bruno Torres** | **2444 Fiddleleaf Avenue Pompano Beach, FL 33063** | **Capital One Spark Business** | ☐ D _____ <br> ■ E/F __3.5__ <br> ☐ G _____ |
| 2.3 | **Marcos Del Cristo** | **17941 SW 115 Avenue Miami, FL 33157** | **Capital One Spark Business** | ☐ D _____ <br> ■ E/F __3.7__ <br> ☐ G _____ |
| 2.4 | **Marcos Del Cristo** | **17941 SW 115 Avenue Miami, FL 33157** | **U.S. Small Business Administration** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Marcos M. Del Cristo** | **17941 SW 115 Avenue Miami, FL 33157** | **American Express Blue Business Cash** | ☐ D _____ <br> ■ E/F __3.2__ <br> ☐ G _____ |

Debtor    **Alphatec Corp**
_____

Case number *(if known)* _____

| | Additional Page to List More Codebtors |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Miguel A. Del Cristo** | **17941 SW 115 Avenue**<br>**Miami, FL 33157** | **Capital One Spark Business** | ☐ D _____<br>■ E/F __3.4__<br>☐ G _____ |
| 2.7 | **Vicente P. Monteagudo** | **2880 W 73rd Terrace**<br>**Hialeah, FL 33018** | **Capital One Spark Business** | ☐ D _____<br>■ E/F __3.6__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **Alphatec Corp**

United States Bankruptcy Court for the: SOUTHERN DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$0.00** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$205,700.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$560,468.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
|---|---|---|---|

Debtor   **Alphatec Corp**                                         Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Calhoun Warehouse Partnership**<br>**14175 SW 139th Court**<br>**Miami, FL 33186** | **Last 90 days** | **$3,499.01** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Warehouse/office lease** |
| 3.2. **Capital One Spark Business**<br>**P.O. Box 60519**<br>**City of Industry, CA 91716** | **Last 90 Days** | **$1,838.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Credit Card** |
| 3.3. **Chase Ulitmate Rewrds**<br>**P.O. Box 15123**<br>**Wilmington, DE 19850** | **Last 90 Days** | **$2,032.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☒ Other **Credit Card** |
| 3.4. **WillScot Mobile Mini**<br>**5000 NW 72 Avenue**<br>**Miami, FL 33166** | **Last 90 Days** | **$614.76** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Citi**<br>**Po Box 6500**<br>**Sioux Falls, SD 57117**<br>**CFO** | **1/4/2023** | **$5,400.00** | **Payment on officer's personal credit card** |
| 4.2. **Comcast Cable**<br>**600 Galleria Parkway SE**<br>**Atlanta, GA 30339-5994**<br>**CFO** | **1/7/2023** | **$172.19** | **Payment on officer's personal cable utility bill.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ☒ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

Debtor    **Alphatec Corp**                                      Case number *(if known)*

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

**Part 3:    Legal Actions or Assignments**

**7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1.  **Great American Insurance Co v. Alphatec Corp<br>23-cv-21140-DPG** | **Civil Claim** | **United States Federal District Court<br>South District of Florida - Miami Divisi<br>Wilkie D. Ferguson Jr. U.S. Courthouse<br>400 North Miami Avenue Miami, FL 33128** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

**9.  List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| **Theft of business equipment and materials by a former employee** | **No payments received as no claim was made** | **09/2022** | **$6,600.00** |

---

**Part 6:    Certain Payments or Transfers**

**11.  Payments related to bankruptcy**

Debtor    **Alphatec Corp**                                              Case number *(if known)*

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Timothy S Kingcade, Esq.**<br>**Kingcade, Garcia, McMaken, PA**<br>**1370 Coral Way**<br>**Miami, FL 33145** | **Attorney's fees $7,500**<br>**Court filing fees $338**<br>**Office cost $82**<br>**Credit report cost $70**<br>**Accurint report $10** | **03/2023 - 04/2023** | **$8,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

☑ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Irvin Gonzalez**<br>**3021 W 76th Street**<br>**Apt 10**<br>**Hialeah, FL 33018** | **2015 Ford T-250 Cargo Van**<br>**VIN: 1FTNR2CMXFKA90082** | **April 5, 2023** | **$1,000.00** |
| | Relationship to debtor<br>**None** | | | |

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or

Debtor  **Alphatec Corp**                                          Case number *(if known)*

- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

## Part 9:  Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10:  Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
    Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
    Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
    List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
    List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

## Part 11:  Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Debtor    **Alphatec Corp**                                              Case number *(if known)*

---

| **Part 12:** | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.     **Edgar Vazquez** <br> **EV Accounting and Tax Services** <br> **4648 NW 97th Place** <br> **Miami, FL 33178** | **09/25/2019 - 01/01/2023** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

Debtor   **Alphatec Corp**                                                      Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Edgar Vazquez**<br>**EV Accounting and Tax Services**<br>**4648 NW 97th Place**<br>**Miami, FL 33178** | **09/25/2019 - 01/01/2023** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Marcos Del Cristo**<br>**17941 SW 115 Avenue**<br>**Miami, FL 33157** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1. **Great American Insurance Company**<br>**301 E. 4th Street**<br>**15th Floor**<br>**Cincinnati, OH 45202** |
| 26d.2. **Crestron Electronics, Inc.**<br>**15 Volvo Drive**<br>**Northvale, NJ 07647** |
| 26d.3. **U.S. Small Business Administration**<br>**2 North Street**<br>**Suite 320**<br>**Birmingham, AL 35203** |

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Bruno Torres** | **2444 Fiddleleaf Avenue**<br>**Pompano Beach, FL 33063** | **CEO and President** | **25%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Vicente Monteagudo** | **2880 Wet 173rd Terrace**<br>**Hialeah, FL 33018** | **COO and Electrical Contractor** | **25%** |

Debtor    **Alphatec Corp**                                      Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Marcos Del Cristo | 17941 SW 115 Avenue Miami, FL 33157 | Registered Agent, Secretary, CFO | 25% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|----------------------|
| Miguel Del Cristo | 17941 SW 115 Avenue Miami, FL 33157 | Chief Sales Officer | 25% |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Marcos Del Cristo 17941 SW 115 Avenue Miami, FL 33157 | $5,400 | 01/03/2023 | Loan Repayment to Officer CFO loaned money to the business and was repaid |
| | Relationship to debtor CFO | | | |
| 30.2. | Vicente Monteagudo 2880 Wet 173rd Terrace Hialeah, FL 33018 | $1,286.25 | 01/03/2023 | Payment to officer by way of his company, K & V Electrical Corp. (EIN # 47-3682111) |
| | Relationship to debtor COO and Electrical Contractor | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Debtor | **Alphatec Corp** | Case number *(if known)* | |
|---|---|---|---|

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

---

**Part 14:** Signature and Declaration

---

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 20, 2023**

**/s/ Marcos Del Cristo**                                          **Marcos Del Cristo**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **Chief Financial Officer**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Southern District of Florida

In re   **Alphatec Corp** _____     Case No. _____
                                          Debtor(s)     Chapter     **7** _____

# VERIFICATION OF CREDITOR MATRIX

I, the Chief Financial Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:     **April 20, 2023** _____       **/s/ Marcos Del Cristo** _____
                                                 **Marcos Del Cristo**/**Chief Financial Officer**
                                                 Signer/Title

Adrian Diaz De Villegas
3951 SW 145th Court
Miami, FL 33185


American Express Blue Business Cash
P.O.Box 6031
Carol Stream, IL 60197


Angel Santana Vidal
1281 W. 29th Street
Unit # 14
Hialeah, FL 33012


Bruno Torres
2444 Fiddleleaf Avenue
Pompano Beach, FL 33063


Bruno Torres
2444 Fiddleleaf Avenue
Pompano Beach, FL 33063


Capital One Spark Business
P.O. Box 60519
City of Industry, CA 91716


Capital One Spark Business
P.O. Box 60519
City of Industry, CA 91716


Capital One Spark Business
P.O. Box 60519
City of Industry, CA 91716


Capital One Spark Business
P.O. Box 60519
City of Industry, CA 91716


Chase Ulitmate Rewrds
P.O. Box 15123
Wilmington, DE 19850


City Electric Supply
North Miami Division
14855 NE n20th Avenue
Miami, FL 33181

Crestron Electronics, Inc.
15 Volvo Drive
Northvale, NJ 07647


Etcheverry Harrison LLP
150 S Pine Island Rd., Suite 105
Fort Lauderdale, FL 33324


Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110


Florida Department Of Revenue
5050 W Tennessee St
Tallahassee, FL 32399-0110


Gexpro
Credit Department
P.O. Box 766
Addison, TX 75001


Great American Insurance Co
301 E. Fourth St.
24th Floor
Cincinnati, OH 45202


Great American Insurance Company
301 E. 4th Street
15th Floor
Cincinnati, OH 45202


Jendiley Portales
6740 SW 156th Court
Miami, FL 33193


Jose Flores Lopez
1020 SE 9th Avenue
Hialeah, FL 33010


Manuel Rivera
10352 SW 212th Street
Unit # 205
Miami, FL 33189

```
Marcos Del Cristo
17941 SW 115 Avenue
Miami, FL 33157


Marcos Del Cristo
17941 SW 115 Avenue
Miami, FL 33157


Marcos Del Cristo
17941 SW 115 Avenue
Miami, FL 33157


Marcos M. Del Cristo
17941 SW 115 Avenue
Miami, FL 33157


Mercky Alvarez
3325 NW 97th Street
Miami, FL 33147


Miguel A. Del Cristo
17941 SW 115 Avenue
Miami, FL 33157


Namesio Valera
420 Aladdin Street
Unit # 419
Opa Locka, FL 33054


Ramberto Gomez
511 SW 131st Terrace
Fort Lauderdale, FL 33325


Rene Garcia
6320 SW 149th Court
Miami, FL 33193


Rolando Cabrera
330 Flagami Blvd.
Miami, FL 33144


U.S. Small Business Administration
2 North Street
Suite 320
Birmingham, AL 35203
```

Vicente P. Monteagudo
2880 W 73rd Terrace
Hialeah, FL 33018


Weiss Serota Helfman Cole Bierman, P.L.
2800 Ponce de Leon Blvd
Suite 1200
Miami, FL 33134


WSA Systems
2200 Park Central Blvd, N
Ste 100
Pompano Beach, FL 33064


Yanet Martinez